**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA

    Plaintiff/Respondent,                CASE NO.    96-CR-80201-DT-09
                                                                   04-CV-72354-DT
v.                                                               HON. LAWRENCE P. ZATKOFF
                                                               MAG. PAUL J. KOMIVES
PAUL CORRADO,

    Defendant/Movant.
_____/

**OPINION AND ORDER ADOPTING**
**MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the Court on the Report and Recommendation of Magistrate Paul J. Komives filed on May 28, 2008. Magistrate Komives recommends that Defendant's Motion to Vacate, Set Aside, or Correct his sentence brought under 28 U.S.C. § 2255 should be denied. Plaintiff has not objected to the Report and Recommendation within the time frame set forth in 28 U.S.C. § 636(b)(1).

The Court has undertaken a thorough review of the court file, as well as the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of the Court. Accordingly,

    IT IS ORDERED that Defendant's Motion is DENIED.

    IT IS SO ORDERED.

                                            s/Lawrence P. Zatkoff
                                            LAWRENCE P. ZATKOFF
                                            UNITED STATES DISTRICT JUDGE

Dated: June 30, 2008

CERTIFICATE OF SERVICE

      The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on June 30, 2008.

                                          s/Marie E. Verlinde
                                          Case Manager
                                          (810) 984-3290